# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division

**In re:**                                            **Case Number**    16–10237–BFK
                                                    **Chapter**    11

Mary Lou Zimmerman

                             Debtor(s)

## NOTICE TO DEBTOR(S) AND CREDITORS
## CONCERNING ISSUANCE OF DISCHARGE

The Debtor(s) has filed a Motion For Entry Of An Order Granting A Discharge. Unless an order has been previously entered denying a discharge, a discharge will be granted if the Court determines that all the requirements for issuance of a discharge are satisfied.

**TO THE DEBTOR(S):**

    In order to receive a discharge, you <u>must</u>

        Complete and File with the Court the Debtor's(s') Certification of Compliance with 11 U.S.C. §1141(d)(5). A copy of this form may be obtained from the Clerk's Office or from the Bankruptcy Forms button on the Court's Internet web site at <u>www.vaeb.uscourts.gov</u>. Unless this Certificate is filed with the Court within 45 days of the mailing of this notice, your case may be closed without issuance of a discharge.

**TO CREDITORS:**

        The debtor(s), if otherwise entitled, will be issued a discharge without further notice or hearing <u>unless</u>, within <u>21 days</u> of the mailing of this notice a creditor or party in interest files with the Court a request for a hearing asserting that the debtor(s) has/have claimed exempt under state or local law property (such as a residence or homestead) of the type described in §522(p)(1) of the Bankruptcy Code that exceeds, $136,875 if the case was filed April 1, 2007 through March 31, 2010, $146,450 if the case was filed on or after April 1, 2010, $155,675 if the case was filed on or after April 1, 2013, or $160,375 if the case was filed on or after April 1, 2016, and there is pending a proceeding in which the debtor may be found guilty of a felony of the kind described in §522(q)(1)(A) or liable for a debt of the kind described in §522(q)(1)(B) of the Bankruptcy Code. If a timely request for hearing is filed, you will be notified of the date, time, and place of the hearing.

Dated:   September 27, 2017                      William C. Redden , Clerk
                                                       United States Bankruptcy Court

[ntcdbcrvApril2016.jsp]

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                Case No. 16-10237-BFK
Mary Lou Zimmerman                                                    Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0422-9          User: ryanmj              Page 1 of 2              Date Rcvd: Sep 27, 2017
                              Form ID: ntcdbcr          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db          +Mary Lou Zimmerman,    1820 Fonthill Court,    Mc Lean, VA 22102-4788
13214172    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  Bank of America,    PO Box 982238,    El Paso, TX 79998-2238)
13214173     Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
13214175    #+Lester Zimmerman,    935 Mackall Ave,    Mc Lean, VA 22101-1617
13391492    +PNC Bank, National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
13214177    +PNC Mortgage,    3232 Newmark Dr,    Miamisburg, OH 45342-5433
13214179     SLS,    PO Box 636005,    Littleton, CO 80163-6005
13214178     Samuel I White PC,    5040 Corporate Woods Dr,    Virginia Beach, VA 23462-4377
13214180    +US Bank, N.A., Trustee,    425 Walnut St,    Cincinnati, OH 45202-3989

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13370021    +E-mail/Text: bncmail@w-legal.com Sep 28 2017 01:59:43     CERASTES, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13214174    +E-mail/Text: cio.bncmail@irs.gov Sep 28 2017 01:59:15     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
13214176    +E-mail/Text: bnc@nordstrom.com Sep 28 2017 01:59:11     Nordstrom Bank,    PO Box 13589,
              Scottsdale, AZ 85267-3589
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR E*T
cr              U.S. Bank National Association, as Trustee Banc of
                                                                                TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
          Brandon R. Jordan    on behalf of Creditor    U.S. Bank National Association, as Trustee Banc of
           America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-4 bjordan@siwpc.com,
           dsasser@siwpc.com;drubin@siwpc.com;ewhite@siwpc.com;klane@siwpc.com;jmuncy@siwpc.com;mfreeman@siw
           pc.com;npatel@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;siwpc@ecf.courtdrive.c
           om
          Daniel M. Press    on behalf of Debtor Mary Lou Zimmerman dpress@chung-press.com,
           pressdm@gmail.com
          Jack  Frankel    on behalf of U.S. Trustee Judy A. Robbins jack.i.frankel@usdoj.gov,
           USTPRegion04.ax.ecf@usdoj.gov
          Johnie Rush Muncy    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC AS SERVICER FOR
           E*TRADE BANK jmuncy@siwpc.com,
           dsasser@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@si
           wpc.com;npatel@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;siwpc@ecf.courtdrive.
           com

```
District/off: 0422-9           User: ryanmj              Page 2 of 2                   Date Rcvd: Sep 27, 2017
                               Form ID: ntcdbcr          Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Johnie Rush Muncy    on behalf of Creditor    U.S. Bank National Association, as Trustee Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-4 jmuncy@siwpc.com, dsasser@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;npatel@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;siwpc@ecf.courtdrive.com

        Judy A. Robbins    ustpregion04.ax.ecf@usdoj.gov

        Nisha Ryan Patel    on behalf of Creditor    U.S. Bank National Association, as Trustee Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-4 npatel@siwpc.com, dsasser@siwpc.com;jmuncy@siwpc.com;drubin@siwpc.com;bjordan@siwpc.com;klane@siwpc.com;ewhite@siwpc.com;mfreeman@siwpc.com;ecfva1@siwpc.com;ecfva2@siwpc.com;ecfva3@siwpc.com;siwpc@ecf.courtdrive.com

        TOTAL: 7